**DUNCAN FIRM, P.A.**
James H. Bartolomei III (Bar No. 301678)
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Fax: (501) 228-0415
Email: james@duncanfirm.com

*Attorneys for Plaintiff Todd Bigelow*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TODD BIGELOW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVENTURE PHOTO TOURS, INC., WILL TRYON, DONNA TRYON and DOES 1 through 200, inclusive, and each of them,<br><br>　　　　Defendants. | Case No. Case 2:21-cv-09788- SB−JPR<br><br>**NOTICE OF MOTION FOR DEFENDANTS' FAILURE TO COOPERATE IN DISCOVERY PURSUANT TO L.R. 37-2 - "DISCOVERY MATTER"**<br><br>Presiding Judge: Stanley Blumenfeld<br>Magistrate Judge: Jean P. Rosenbluth<br>Hearing Date: July 7, 2022<br>Time: 10:00 a.m.<br>Crtrm.: 690 / Zoom https://cacd-uscourts.zoomgov.com/j/1614707454?pwd=NWNscG9rbnQzVm9FWWp2eCs2NEtrUT09 (link is external)<br>Webinar ID: 161 470 7454<br>Passcode: 006435<br><br>Discovery Cutoff: October 21, 2022<br>Pre-Trial Conference: Feb. 24, 2023<br>Jury Trial: March 13, 2023 |

**NOTICE OF MOTION FOR DEFENDANTS' FAILURE TO COOPERATE IN DISCOVERY PURSUANT TO L.R. 37-2**　　　　-1-

## NOTICE OF MOTION FOR DEFENDANTS' FAILURE TO COOPERATE IN DISCOVERY PURSUANT TO L.R. 37-2

PLEASE TAKE NOTICE THAT on July 7, 2022, in Courtroom 690 on the 6th floor of the above court, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, California, 90012, Plaintiff Todd Bigelow, by and through his attorneys of record, will and hereby does move the Court pursuant to Local Rule 37-2 for Defendants' failure to cooperate in discovery. This motion is based on the pleadings and discovery responses served in this action, the attached joint stipulation of the parties, and any further papers, evidence, or argument as may be submitted in connection with this motion. Plaintiff also attaches a copy of the scheduling order pursuant to L.R. 37-2.1. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 2, 2022.

Dated:  June 13, 2022            **DUNCAN FIRM, P.A.**

/s/ James H. Bartolomei
James H. Bartolomei

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this June 13, 2022, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jean P. Rosenbluth
United States District Court
Central District of California

Anthony J. Ellrod
Natalya Vasyuk
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys for Defendants

On June 13, 2022

**DUNCAN FIRM, P.A.**

/s/ James H. Bartolomei
James H. Bartolomei III